

# Fourth Court of Appeals
## San Antonio, Texas

January 2, 2019

No. 04-18-00926-CV

**IN RE** Bertha Bermea **SANCHEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

The Motion to Substitute Counsel filed by the real party in interest is hereby GRANTED.

Ms. Beth Watkins and the Law Office of Beth Watkins d/b/a Watkins Law d/b/a Watkins Appeals PLLC is authorized to withdraw as counsel for real party in interest, Marisol Perez Sotelo, and Ms. Shannon K. Dunn and the Law Office of Shannon K. Dunn, PLLC is hereby substituted in as counsel for Marisol Perez Sotelo.

The Clerk of this court is directed to remove Ms. Watkins and her law firm from notices from this court and add Ms. Dunn and her law firm to all future notices.

It is so **ORDERED** on January 2, 2019.

PER CURIAM

ATTESTED TO: _____
                Keith E. Hottle,
                Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-01-30519-MCVAJA, styled *Marisol Perez Sotello v. Bertha Bermea Sanchez*, pending in the 365th Judicial District Court, Maverick County, Texas, the Honorable Amado J. Abascal, III presiding.